```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 11263
   GEORGE W NAESE
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-2956


--------------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 03/22/2004 and was confirmed 05/17/2004.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

      The case was paid in full 12/21/2007.
--------------------------------------------------------------------------------
CREDITOR NAME                CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
CAPITAL ONE AUTO FINANCE  SECURED             4000.00        1620.06       4000.00
CAPITAL ONE AUTO FINANCE  UNSECURED           4465.62            .00        446.56
HOUSEHOLD FINANCIAL SERV  CURRENT MORTG          .00             .00            .00
HOUSEHOLD FINANCIAL SERV  MORTGAGE ARRE       4126.83            .00       4126.83
WELLS FARGO HOME MORTGAG  CURRENT MORTG          .00             .00            .00
WELLS FARGO HOME MORTGAG  MORTGAGE ARRE       4291.58            .00       4291.58
ROBERT J ADAMS & ASSOC    PRIORITY          NOT FILED           .00            .00
ECAST SETTLEMENT CORP     UNSECURED           1579.98            .00        158.00
ILLINOIS DEPT OF HUMAN S  NOTICE ONLY       NOT FILED           .00            .00
PIERCE & ASSOCIATES       NOTICE ONLY       NOT FILED           .00            .00
ILLINOIS DEPT OF EMPL0YM  UNSECURED           1978.00            .00        197.80
ROBERT J ADAMS & ASSOC    REIMBURSEMENT        194.00            .00        194.00
ROBERT J ADAMS & ASSOC    DEBTOR ATTY        2,700.00                      2,700.00
TOM VAUGHN                TRUSTEE                                          1,013.60
DEBTOR REFUND             REFUND                                             163.57


      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE              18,912.00

PRIORITY                                       194.00
SECURED                                     12,418.41
   INTEREST                                  1,620.06
UNSECURED                                      802.36
ADMINISTRATIVE                               2,700.00
TRUSTEE COMPENSATION                         1,013.60
DEBTOR REFUND                                  163.57
                     ---------------         ---------------
TOTALS               18,912.00              18,912.00


                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 11263 GEORGE W NAESE
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 03/27/08 | /s/ Tom Vaughn <br> _____ <br> TOM VAUGHN <br> CHAPTER 13 TRUSTEE |